AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Percy Blackwell, Jr. <br> *Plaintiff* <br> v. <br> Georgetown County Detention Center, Captain Wineglass and Chief Shwartz <br> *Defendant* | ) ) ) ) ) ) Civil Action No.   4:14-cv-1901-JFA |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., United States District Judge.

Date:   August 25, 2014

*CLERK OF COURT*

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*